# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JOSEPH BROWN | : | No. 73 MM 2016 |
| | : | |
| v. | : | |
| | : | |
| ISAAC JACKSON HAAS AND NORMAN HAAS | : | |
| | : | |
| PETITION OF: ISAAC JACKSON HAAS | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2016, the Petition for Review and the Motion for Stay are **DENIED**, and the Application for Leave to File a Reply is **DISMISSED AS MOOT**.